UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CR623-017 |
| | ) | |
| TIFFANY TURBYFILL | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Michon D. Walker** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Michon D. Walker** be granted leave of absence for the following periods:  April 2, 2024 through April 5, 2024; April 8, 2024; April 26, 2024; May 7, 2024 through May 10, 2024; May 13, 2024; May 22, 2024 through May 24, 2024; July 1, 2024 through July 8, 2024; and July 24, 2024 through July 26, 2024.

**ORDERED**, this the ___1ST___ day of April, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA